AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| RAFAEL HERNANDEZ-CORTAZAR | CASE NUMBER: 08cr2758-W |

I, RAFAEL HERNANDEZ-CORTAZAR, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8-21-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Rafael Hernandez Cortazar
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
AUG 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY